**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Braulio ARIZMENDIZ–CONTRERAS,**
**also known as Carlos Arizmendiz–Sal-**
**ido, also known as Miguel Rivera, De-**
**fendant–Appellant.**

**No. 14–3749.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 6, 2015.

Filed: May 12, 2015.

Michael P. Norris, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Omaha, NE,
for Plaintiff–Appellee.

Braulio Arizmendiz–Contreras, Pecos,
TX, pro se.

Julie Beth Hansen, Assistant, Federal
Public Defender's Office, Omaha, NE, for
Defendant–Appellant.

1. The Honorable Joseph F. Bataillon, United
States District Judge for the District of Ne-

Before WOLLMAN, LOKEN, and
BENTON, Circuit Judges.

PER CURIAM.

Braulio Arizmendiz–Contreras appeals
the sentence the district court[1] imposed
after he pleaded guilty to an immigration
offense. His counsel has moved for leave to
withdraw, and has filed a brief under *An-
ders v. California,* 386 U.S. 738, 87 S.Ct.
1396, 18 L.Ed.2d 493 (1967), arguing that
Arizmendiz–Contreras's sentence is unrea-
sonable, and acknowledging an appeal
waiver in Arizmendiz–Contreras's plea
agreement.

After careful de novo review, we enforce
the appeal waiver. *See United States v.
Andis,* 333 F.3d 886, 889–92 (8th Cir.2003)
(en banc) (enforcement of appeal waivers);
*United States v. Scott,* 627 F.3d 702, 704
(8th Cir.2010) (standard of review). Hav-
ing independently reviewed the record
pursuant to *Penson v. Ohio,* 488 U.S. 75,
109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we
find no nonfrivolous issues outside the
scope of the appeal waiver. Accordingly,
the appeal is dismissed, and we grant
counsel's motion for leave to withdraw.